# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

SCOTTY SHREEVE                                                                                PLAINTIFF

v.                                        CASE NO.  2:19-CV-2105

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                              DEFENDANT

## ORDER

    The Court has received proposed findings and recommendations (Doc. 16) from United States Magistrate Judge Mark E. Ford.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

    **IT IS SO ORDERED** this September 29, 2020.


                                    /s/P. K. Holmes III
                                    P. K. HOLMES III
                                    U.S. DISTRICT JUDGE